UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:
MCIVOR HOLDINGS, LLC.                                          Case No. 21-11284-LMI
a Florida Limited Liability Company                            Chapter 11
    Debtor-in-possession.
_____/

### DEBTOR'S SECTION 1188(C) REPORT

MCIVOR HOLDINGS, LLC., a Florida Limited Liability Company, Debtor-in-possession, files this report as required by 11 U.S.C. § 1188(c), and says:

1. The efforts the Debtor has actively solicited purchasers for its vacant condominium units, the proceeds of which may be sufficient to satisfy all creditors,

2. If the Debtor is not successful in obtaining an offer to purchase its vacant condominium unit, a real estate professional will be engaged, with prior approval of the Court.

3. The foregoing are the actions taken, and which will be taken, to attain a consensual plan of reorganization.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 22, 2021 via U.S. Mail, first class postage prepaid, on the addressees on the attached list, and via notice of electronic filing on March 22, 2021, to: Heidi A Feinman and Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee; Heidi.A.Feinman@usdoj.gov, ariel.rodriguez@usdoj.gov; Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov; Maria Yip, trustee@yipcpa.com, mmy@trustesolutions.net;cmmy11@trustesolutions.net; and Luis R. Casas, Counsel for Centennial Bank N.A., luis.casasmeyer@akerman.com; Mitchell J. Cook, counsel for the Association, mitch@mitchcooklaw.com.

                                          Respectfully submitted,

                                          **FLORIDA BANKRUPTCY GROUP, LLC.**
                                          4121 N 31st Avenue
                                          Hollywood, Fl 33021-2011
                                          954-893-7670/954-252-2540 Fax


                                          By: s/ Kevin C Gleason
                                          Fla Bar No. 369500
                                          BankruptcyLawyer@aol.com

```
Label Matrix for local noticing          Centennial Bank, N.A.                    McIvor Holdings, LLC
113C-1                                   Luis R. Casas, Esq.                      1010 Kennedy Drive, #400
Case 21-11284-LMI                        Akerman LLP                              Key West, FL 33040-4134
Southern District of Florida             98 SE 7th Street                          Via email only
Miami                                    Suite 1100       (ECF only)
Wed Mar 10 12:24:41 EST 2021             Miami, FL 33131-3525

Centennial Bank                          Centennial Bank                          ICAMCO
26417 US HWY 19 N                        Key West Roosevelt Branch                Registered Agent -
Clearwater, FL 33761-3593                2514 N Roosevelt Blvd                    The Kennedy Center Condominium Associati
 (Only to counsel)                       Key West, FL 33040-3927                  3438 Duck Avenue
                                          (Only to counsel)                       Key West, FL 33040-4427
                                                                                   (Only to counsel)

Internal Revenue Service                 Mitchell Cook                            Mitchell Cook, PA
Centralized Insolvency Operations        27229 Overseas Highway                   27229 Overseas Hwy
POB 7346                                 Ramrod Key, FL 33042-5344                Ramrod Key, FL 33042-5344
Philadelphia, PA 19101-7346               Duplicate
                                                                                   (Email only)

Office of the US Trustee                 Pineiro Byrd, PLLC                       Sam C Steele, CFC - Monroe County Tax Collec
51 S.W. 1st Ave.                         Andrew A Pineiro, Esq                    POB 1129
Suite 1204                               4600 Military Trail 212                  Key West, FL 33041-1129
Miami, FL 33130-1614                     Jupiter, FL 33458-4812
 Via ECMF Only                            (Only to Mr. Casas)

The Kennedy Center Condominium Association   Kevin C Gleason Esq                  Maria Yip
POB 5925                                 4121 N 31 Ave.                           2 S. Biscayne Blvd #2690
Key West, FL 33045-5925                  Hollywood, FL 33021-2011                 Miami, FL 33131-1815
 (Only to counsel)                        Via ECMF Only                            Via ECMF Only
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami                                 End of Label Matrix
                                         Mailable recipients    14
                                         Bypassed recipients     1
                                         Total                  15